## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Special Agent Lindsey Santos, being duly sworn and deposed, states as follows:

### INTRODUCTION

1. I am a Special Agent with the Naval Criminal Investigative Service (NCIS) since August 2022. In that capacity, my duties including investigating federal criminal offenses in the Eastern District of Virginia. During my tenure as a Special Agent, I have completed approximately 500 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC). While at FLETC, I completed blocks of instruction and labs that have enabled me to identify potential sources of electronic evidence, including but not limited to computers, cell phones, and other digital storage media and to preserve and exploit such evidence. Prior to my tenure as a Special Agent, I was employed by the Norfolk Police Department from July 2015 to August 2022 and was assigned to the Vice and Narcotics Division from July 2018 to August 2022. During my assignment to the Vice and Narcotics Division, I was tasked with investigating Human Trafficking, Narcotics, and Child Exploitation, both as an investigator and an undercover officer. I have participated and am familiar with elements needed to bring a successful conclusion to short-term investigations. I have had training in both Child Pornography Detection and Investigations and is a member of the Internet Crimes against Children (ICAC) Task Force. Further, I received advanced training in Human Trafficking investigations and is a member of the Department of Homeland Security, Human Trafficking Task Force as a Task Force Officer since September 2020. I further assisted the Norfolk Police Department Detective Division with multiple property crime related investigations to include theft, burglary and robbery. I have conducted and completed well over 100 criminal investigations at the local, state, and federal level, which resulted in over 100 convictions of crimes ranging from larceny to that of possession of a controlled substance as well as Human Trafficking and Child exploitation. I have testified in state court over 500 times and in federal court on two occasions. Moreover, I have conducted and participated in over 50 search warrants, to include that of premises as well as electronic devices, cloud computing storage, and persons, as well as over 400 interviews of suspects, witnesses and victims.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being made in support of a criminal complaint for BAILEY BURNETT who is suspected of receipt, distribution, and possession of child sexually abusive material (CSAM) in violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B), offenses which occurred in the Eastern District of Virginia and elsewhere.

### BACKGROUND OF THE INVESTIGATIVE TEAM

4. This ongoing investigation is being conducted the Naval Criminal Investigative Service (NCIS). The respective agents and investigators assigned to this investigation are hereinafter referred to as "the investigative team." The statements in this affidavit are based in part on my investigation of this matter and on information provided by other law enforcement agents.

## PERTINENT FEDERAL CRIMINAL STATUTES

5. 18 U.S.C. § 2252(a)(2) provides that any person who knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, shall be punished.

6. 18 U.S.C. § 2252(a)(4)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed, shipped or transported, by any means including by computer.

## BASIS FOR FACTS CONTAINED IN AFFIDAVIT

7. Since this affidavit is being submitted only for the limited purpose of supporting a criminal complaint, your affiant has not included each and every fact known to the investigative team concerning this investigation. Rather, your affiant has set forth only those facts that are believed to be necessary to establish probable cause to arrest the aforementioned individuals.

8. Your affiant has personally participated in the investigation of the offenses described in this affidavit. As a result of your affiant's participation in this investigation and a review of reports made to your affiant by other members of the investigative team, your affiant is familiar with the circumstances of this investigation. On the basis of this familiarity, and on the basis of the other information which I have reviewed and determined to be reliable, your affiant alleges the following:

## FACTS AND CIRCUMSTANCES

9. On April 22, 2022, Naval Criminal Investigative Service (NCIS), and Virginia Beach PD (VBPD), initiated a criminal investigation into the Distribution and Possession of Child Sexual Abuse Material (CSAM), and the Attempted Coercion and Enticement of Minors in Norfolk, Virginia, located in the Eastern District of Virginia.

10. Between April 1, 2022, and December 28, 2022, the National Center for Missing and Exploited Children (NCMEC) received several "Cybertips" from various social media messaging platforms, including KIK and Discord, regarding a user uploading Child Sexual Abuse Material (CSAM) to their accounts by way of IP address 216.54.92.122, which resolved to Cox Communications.

11. The investigation identified United States Navy Servicemember, Zhane Elamin (ELAMIN), as the user who uploaded the CSAM material. ELAMIN, case number 2:24-cr-33,

was eventually charged with three felony counts, pleading to one count of 18 USC 2422(b) (Coercion and Enticement of a Minor) on June 12, 2024 (ECF 24).

12. During the investigation of ELAMIN, his messages, on the social media messaging platform Telegram, revealed another United States Navy servicemember involved in the distribution and possession of CSAM.

13. As background, Telegram is a social media messaging platform that is based outside of the United States, with a server network distributed worldwide with several data centers. The platform is accessible through the internet by use of mobile application, or use of a web portal. Telegram is known for their end-to-end encryption of messages, the ability to sync messages across multiple devices using its cloud-based platform, and further access cloud-based content on new devices.

14. From on or about January 7, 2023, through at least January 18, 2024, the Telegram user *"coominator H"* (COOMINATOR) communicated with ELAMIN via the social media messaging application Telegram, regarding CSAM, including such instances as:

    a. COOMINATOR stating *"I've been getting it [CSAM] by trading"*, *"Would you be interested in trading?"*, *"now I just have the files of it on my phone"*, *"let's trade"*. COOMINATOR then sent ELAMIN multiple image and video files of CSAM, including:

        i. #1: chats\Telegram_12137326120\attachments14\thumb_cp sexo con nin_a latina .jpg

        ii. #1: chats\Telegram_12137326120\attachments14\thumb_cp nin_a con bata de pescados y estrellas.jpg

    b. COOMINATOR sent ELAMIN internet links to the social media platform *"Discord"*, and the file sharing site *"Mega.NZ"*, alleging that ELAMIN could access CSAM at those locations.

    c. COOMINATOR requested CSAM from ELAMIN multiple times, asking *"you got any of those vids where the girl is 10 or younger and getting pussy fucked?"* and then stated *"back when I was like 16 or 17 I just kept looking for the youngest porn I could find and the 18 barely legal wasn't enough anymore so I started my search for comp"* and then corrected it to *"search for cp\*"*.

15. As well, COOMINATOR and ELAMIN discussed pedophilia and methods to interact with minor females, including:

    a. COOMINATOR and ELAMIN discussed the grooming and seduction of minors, and shared blog and forum posts. In one instance, COOMINATOR sent the link to a blog posting a story of grooming a fifteen (15) year old female (website XXXXXXX*seducing-my-new-sister-m-15-g-5-first-time-grooming.*)

3

    b. COOMINATOR stated in a Telegram message thread *"I can't pin point what it was I heard, but society does seem to be trying hard normalizing pedo [pedophilia]"*, *". . . relieve ourselves on some little girls that know they want it"*, *"they need to hurry and normalize pedophilia"* and *"I should be able to ask one's parents to fuck their child who's been eyeing me and clearly wants it"*.

    c. COOMINATOR stated *"I've been talking to this one girl in Italy whos 15 and we used to get off together in ft"* referring to the Apple iPhone video chatting application **FaceTime**. Additionally, stating *"Actually to be quite honest I'm not super attracted to the Italy one. I just hit her up when I feel like getting off with [an] underaged girl"*.

    d. ELAMIN suggested COOMINATOR download the social media application *"Tiya"* to talk with underage females. ELAMIN described this application as a *"random voice chat that let's you add people while you talk"*. COOMINATOR affirmed he created a **Tiya account** and later stated *"I was talking to a lot of younger girls and it's so addicting"*, and *"dude how do you rizz up young girls"* (The slang term *"rizz"* is descriptive of being charismatic, typically used in the context of flirtatious behavior with a romantic or sexual partner.)

16. As background, the investigation of ELAMIN revealed that he (ELAMIN) communicated with multiple undercover agents, posing as fourteen-year-old females, in a sexually explicit manner, and used the moniker *"lovingpedo"* on social media messaging applications.

17. On February 14, 2025, legal process served to Telegram identified the active Telegram account of COOMINATOR as associated with telephone number ending in 5053.

18. On February 28, 2025, Department of Defense database queries identified United States Navy servicemember Bailey Burnett (BURNETT) as associated with telephone number ending in 5053. Military records show that from at least January 2023 through present, BURNETT was stationed at Naval Station Norfolk, located in the Eastern District of Virginia.

19. On March 10, 2025, legal process was served to T-Mobile regarding the telephone number ending in 5053. The return identified BURNETT as the account holder of telephone number ending in 5053, and subscriber of the account since April 23, 2022. Further, the return identified that the telephone number ending 5053 has been associated with same International Mobile Equipment Identity number (IMEI x7000) from October 2023 until at least March 10, 2025.

20. On August 20, 2025, pursuant to a lawful search warrant BURNETT was detained at the Pier of the USS Dwight D. Eisenhower and searched. BURNETT was then escorted to the Norfolk NCIS office, on Naval Station Norfolk, for interview purposes. BURNETT acknowledged and signed his Military Rights Waiver Form, waiving his right to silence and counsel. During the interview, BURNETT admitted to purchasing, receiving, possessing, and distributing CSAM, including:

4

    a. BURNETT stated that he was the user of the Telegram account *"coominator H"* and that phone number ending in 5053 belonged to him. He stated that he communicated with ELAMIN through Telegram and further identified the file names of media he distributed to ELAMIN, through Telegram, were in fact CSAM.

    b. BURNETT further stated that he purchased CSAM on the application Telegram, using Amazon Gift Cards as a means of payment. After purchasing the CSAM through Telegram, he would receive "links" to the sites Mega and Discord, where he would access and download the CSAM files, as recently as May or June of 2025.

21. As well, BURNETT stated he downloaded the social media messaging application *"Tiya"* with the intent of engaging in sexually explicit conversations with minors.

22. BURNETT confirmed he messaged with a 15-year-old female minor from Italy, named "GXXX" (MINOR VICTIM 1), when asked about his January 7, 2023, message with ELAMIN where he stated *"I've been talking to this one girl in Italy whos 15 and we used to get off together in ft"*.

23. BURNETT further stated that he solicited sexually explicit images and videos of MINOR VICTIM 1 and would engage in Facetime video calls where they would masturbate together while MINOR VICTIM 1 exposed her genitals to BURNETT via the video call.

## CONCLUSION

24. Based on the information contained herein, I submit that there is probable cause to believe that Bailey BURNETT has committed violations of:

Count 1: Violation of 18 U.S.C. § 2252(a)(2) Receipt and Distribution of Images Depicting Minors Engaging in Sexually Explicit Conduct.

Count 2: Violation of 18 U.S.C. § 2252(a)(4)(B) Possession of Images Depicting Minors Engaging in Sexually Explicit Conduct.

Lindsey Santos, Special Agent  
Naval Criminal Investigative Service  
Norfolk, VA

Sworn and subscribed to before me  
On this 21st day of August 2025

United States Magistrate Judge  
Norfolk, Virginia

5