May 18, 2026

To the Honorable Judge Gibney,

My name is Nina Wood, and I am a small business owner and real estate investor. I have known Bailey Burnett and his family for nearly his entire life. I worked with his mother while she was pregnant with Bailey, and through a series of moves over the years, our families remained close friends and even neighbors for much of his childhood and teenage years.

Because of that, I had the opportunity to watch Bailey grow up firsthand. I knew him not only as a young child, but also as a teenager and young adult. My own children grew up alongside him, and Bailey spent a great deal of time around our family over the years.

From a young age, Bailey always struck me as a kind-hearted and sensitive kid. He had a quirky sense of humor and loved silliness and laughter. He was never mean-spirited or cruel toward other children. In fact, one thing I always noticed was how naturally patient and kind he was with younger kids, including my own son when they were growing up together in the neighborhood. He was respectful to adults and always seemed to want acceptance and connection, even if he sometimes struggled socially.

As Bailey got older, I did begin noticing changes in him. He became much more withdrawn and isolated over time. I remember seeing him outside less and less. The smiling and lightheartedness I remembered from when he was younger seemed to fade, and he often appeared lonely and disconnected. Looking back now, it seems clear to me that he struggled emotionally for many years.

When Bailey joined the Navy, I saw a very positive shift in him. For the first time in a long while, he appeared to have direction, structure, confidence, and hope for his future. His service seemed to give him purpose and something meaningful to work toward. It was encouraging to see him trying to build a better path for himself and working toward goals that made both him and his family proud.

While I fully understand the seriousness of the offense before the Court, I can honestly say that the conduct involved is deeply inconsistent with the person I have known throughout his life. I do not view Bailey as a malicious or predatory person. Instead, I believe he is someone who struggled for years with isolation, poor self-esteem, emotional immaturity, and unhealthy online influences, and who ultimately made deeply damaging and terrible decisions that he now profoundly regrets.

From everything I understand, Bailey has accepted responsibility for his actions and is remorseful for the pain he has caused. I truly believe he is capable of rehabilitation, treatment, growth, and becoming a productive member of society in the future. He is intelligent, capable, and still possesses many of the good qualities I observed in him growing up.

I also know that Bailey has a strong and supportive family who will be there for him throughout his incarceration and after his release. He will not be returning to the world alone. He has people who care deeply about him and who are committed to helping him successfully reintegrate into society, continue treatment and counseling, rebuild his life, and move forward in a healthy and productive way.

I respectfully ask the Court to consider not only the offense itself, but also the full picture of Bailey as a human being, including the many years I have personally witnessed of kindness, sensitivity, and potential for redemption.

Thank you for your time and consideration.

Respectfully,

*Nina Wood*

Nina Wood

DATE:    May 28, 2026

TO:      The Honorable Judge

FROM:   Karen Louise Brognard

SUBJECT: Character Letter in Support of Bailey Burnett


My name is Karen Brognard, and I write on behalf of Bailey Burnett to respectfully ask that the Court consider the whole of who he is as it determines a fair and appropriate sentence. I am fully aware of the offense to which Bailey has pled guilty, and it is precisely because I know him so well that I feel compelled to speak to his character, his capacity for growth, and his potential to emerge from this as a constructive and contributing member of society.

I offer this letter with the weight of both professional and personal experience. I serve as Director of Operations for ICW Group, a privately held, multibillion-dollar national commercial insurance carrier. In nearly a decade with the organization — and across a 27-year career — I have been nominated and awarded the Executive Leadership Award three times for outstanding leadership and commitment to our strategic mission. I oversee three operations centers and am responsible for the performance and development of more than 100 employees. Prior to my work in commercial insurance, I spent years in the banking sector, where I developed deep expertise in financial planning and lending. I share this background not to impress, but to establish that I am someone who has spent a career evaluating character, potential, and the capacity of people to grow — and I am doing so now in writing about Bailey.

I have been the partner of Bailey's father for seven years, and in that time Bailey has become a genuine part of my family. Before he joined the United States Navy, Bailey lived at home with his father, and our relationship grew through daily life — shared meals, family vacations, long evenings at home, and countless ordinary moments that reveal who a person truly is. He is a wonderful older brother figure to my two biological sons and adores his two sisters, whose relationships with him are marked by easy laughter, gentle teasing, and real affection. He has been especially patient and kind with my youngest son, who looks up to him enormously. These are not performances for company — they are simply who Bailey is when no one is asking anything of him.

Bailey's character shows up most clearly in small moments. When the family is together, he is invariably the one to suggest an activity that includes everyone — a group game, a song on the guitar, a meal he wants to help prepare. He is genuinely curious and eager to learn; the two of us have spent real time in the kitchen together, and he approaches every

lesson with gratitude and follow-through. That same quality extends to the larger decisions in his life. As he prepared for his next Navy station and began exploring home ownership, he came to me for advice — asking thoughtful questions, listening carefully, and actually acting on what I shared. He did not simply go through the motions of seeking guidance; he absorbed it and applied it. That is a meaningful distinction, and it speaks to a young man who is serious about building something good.

I have watched Bailey grow steadily into his adult years — not without struggle, but always with forward momentum. He takes responsibility seriously. He does not deflect or make excuses. When he has faced difficulty, his instinct has been to lean into the people who love him, seek counsel, and adjust. His attitude is one of quiet determination rather than entitlement, and his demeanor with family, including my own children, has always been warm, respectful, and present. He is the kind of person who remembers what matters to the people around him. He shows up. I do not share these observations lightly; I share them because they are true, and because I believe they are directly relevant to the Court's consideration of who Bailey Burnett is beyond the facts of this case.

I am confident that Bailey possesses every quality necessary to overcome this conviction and emerge as a stronger, more purposeful man. The Bailey I know is not defined by his worst moment — he is defined by his curiosity, his accountability, and his deep investment in the people around him. I have watched him seek guidance and act on it, absorb difficult lessons and grow, and consistently show up for his family with patience and genuine love. These are not incidental qualities; they are the foundation of a man fully capable of rehabilitation and of contributing meaningfully to his community. Bailey has a support network that believes in him, a family that loves him unconditionally, and the personal drive to build the life he has been working toward. I have every confidence that, given the opportunity, Bailey will not only meet society's expectations — he will exceed them.

Warm regards,

Karen Louise Brognard

Karen Louise Brognard

Date : February 9, 2026

To: The Honorable Judge

From: Chris Burnett

Subject: Character Letter in Support of Bailey Burnett

My name is Chris Burnett, Bailey Burnett is my nephew. I write on behalf of Bailey Burnett to help the court come to a fair and appropriate sentence.

For the past 12 years I have served as President and Founder of Burnett Construction based in Oklahoma City, Oklahoma. We are a commercial General Contractor generating $25 - $30 million in yearly revenue with a strong foundation built on reputation and integrity. In 2021 the Associated General Contractors named me Builder of the Year. My wife and I have four children and four grandchildren. In 2014 my wife and I founded the Chris and Connie Burnett Charitable Foundation primarily focused on youth programs in the Oklahoma City area.

I am aware of the offense Bailey has been convicted of and I pray that the Court will administer a fair and just sentence. I have known Bailey since he was born and I have maintained a close relationship with him as well as his sisters and his father (my brother). Bailey has a kind heart and a gentle disposition, he makes friends easily and treats others with dignity and respect. Bailey is a sharp young man with a positive mental attitude making him popular amongst his peer group. Bailey grew with strong family ties and support which is reflected in his character and interaction with family and friends.

I sincerely believe that Bailey has learned a hard lesson as result of his decisions and is committed to deal with the consequences in a positive manner. Based on the correspondence I have received from him lately, Bailey has strengthened his resolve through bible study and regular interaction with jail clergy. I feel secure in stating that after this ordeal, Bailey will return to society in a positive and productive manner based largely upon his faith, positive attitude and family support.

Respectfully,


Chris Burnett



The Honorable John A. Gibney Jr.
United States District Court

Dear Judge Gibney,

My name is Allen Hahn, and I have known Bailey Burnett for
approximately 25 years as his Grandfather. I am writing to
share my experience knowing him over that time.

I have had the opportunity to interact with Bailey through
family visits. During these visits, I have had the opportunity to
know him and watch him develop from infancy to adulthood.
He has always been respectful to me and everyone he has come
in contact with. During his visits he always helped around our house
and never needed to be reminded of his assigned responsibilities.

I am aware that Bailey is before the Court for serious conduct, and
I do not take that lightly. While I cannot speak to the
circumstances of this case, I can honestly say that this behavior
does not align with the grandson I know and love.

Based on Bailey's military experience he has performed his duties
in a very structured environment and has received promotions
and decorations that attest to his dedication and service. He has
also participated in a group bible study and started a small church
group in his present situation.

It is obvious that Bailey has people that love him and care about him.
We also are committed to supporting him and believe in him. Thank
you for your consideration and opportunity to share my experiences
on my grandson.

Respectfully,

Allen Hahn
e-mail: lindaallenh@i-cloud.com

May 3, 2026

The Honorable John A. Gibney Jr.
United States District Court

My name is Linda Hahn and I am a retired HR Professional, earning a Master's Degree in Human Relations from the University of Oklahoma. I am Bailey Burnett's maternal grandmother and have known him since his birth about 25 years ago. I am writing to share my personal experience and my perspective on his character.

Although Bailey and I have not lived in the same city during his growing up and young adult years, my interacting with Bailey has been through family reunions and family vacations. When I worked for a division of American Airlines, I used my flight benefits to go see him and his family. We liked to play word games together, like starting with the letters A through Z, name the states or cities in the U.S. as we would challenge each other to get it right.

I am aware that Bailey is before the court for serious conduct, and do not take that lightly. He is respectful of others and takes his responsibilities to heart. For example, his time serving in the Navy shows this level of responsibility. Serving on the USS Eisenhower, his job was to load ammunition on an elevator to send to the deck for the continual sorties leaving the ship to bomb in the Gulf War.

I believe Bailey will learn from his current situation because he has turned to our Father in Heaven, reading the Holy Bible daily and leading Bible studies within his pod. I am so proud of him for reaching out to our Lord and Savior for direction going forward.

I appreciate you giving me the opportunity to share with you my perspective on Bailey's character. Thank you for taking the time to consider my letter.

Respectfully,

Linda M. Hahn

Linda M. Hahn
3779 Clearfield Ln
Ammon, Idaho 83406

February 12, 2026

To: The Honorable Judge Jackson

My name is Sandy J. Plender. I am Bailey's 79 year old grandmother aka GMA Sandy.

I am addressing this letter to your Honor so that you might understand more about my beloved grandson Bailey.

I am not a giant achiever. My life started on a cattle ranch and wheat farm. After college and marriage I worked at the American Quarter Horse Association for many years and as secretary in a law firm. I can only boast of rodeo trophies and a few golf and pickleball wins. My real achievements in life are not worldly accolades, but my children and grandchildren of which their talents and genius are too many to mention.

Each of my 3 children are at the top of their respective companies. They are all hard working Christian parents of my grandchildren and great grandchildren. Our family is made of kind caring individuals, and they passed those beautiful traits on to the children, Bailey being one of those. He served as a Navy sailor like his Dad, Grandfather and cousins. We are a Navy family and proud of it.

I am aware of the offense that Bailey has been convicted and am very sorrowful, as is Bailey. He and I have always been close. Family time is a joyous priority with all of us. Bailey has definitely learned from his mistakes. He has asked for forgiveness from God and is now a devoted Christian. God in his life, will be the driving force to enable Bailey to live his life in a productive and worthwhile fashion.

Thank you for giving your valuable attention to this matter with Bailey. I pray that your Honor can see Bailey through my eyes.

Sincerely

*Sandy Plender*

Sandy Plender

DATE: March 9, 2026

TO: The Honorable Judge

FROM: Billy Dwayne Burnett

SUBJECT: Character Letter in Support of Bailey Burnett

My name is Billy Burnett, and I am the grandfather of Bailey Burnett. I am writing on behalf of Bailey Burnett to help the court come to a fair and appropriate sentence.

I was raised on a farm in Oklahoma and attended Southwestern State University after which I was employed by City National Bank in Oklahoma City. I was the General Manager of the U. S. central region for Intermedco, Inc., a major medical supply company and finally a multi-location restaurant owner for many years until my retirement.

As Bailey's Grandfather it makes me very sad that, even considering his situation at the time of his offense, he made a life changing error in judgement, and now he faces the consequences of his actions. I have always been a part of Bailey's life. Growing up he was never in any trouble with the law and has always been a kind and loving grandson. Our family was so proud when he chose to join the Navy. He loved the Navy life and earned several promotions within his first tour serving on the USS Dwight D Eisenhour during the Red Sea conflict and earned several more promotions after his re-enlistment. Bailey's family was, is and always will be supportive through this trying time and will stand ready to afford him all support necessary when he re-enters society.



Billy D Burnett

The Honorable John A. Gibney, Jr.
United States District Judge
United States District Court
Eastern District of Virginia

Re: United States v. Bailey Burnett

Your Honor,

My name is James H. Small, and I respectfully submit this letter on behalf of my grandson, Bailey Burnett, as the Court considers an appropriate sentence in this matter.

I have been a Certified Public Accountant for more than 52 years, as well as a Chartered Global Management Accountant. I hold an MBA from the University of Oklahoma and have spent my career in business leadership, accounting, and management. Over the years, I have worked with and mentored many individuals and have learned that people are often defined not only by their mistakes, but also by how they respond to adversity and whether they are willing to take responsibility for their actions.

Although I live in Oklahoma and Bailey was raised in Virginia, we have remained in regular contact throughout his life through visits, phone calls, and family gatherings. I have always known Bailey to be respectful, courteous, and considerate of others. As a young man, he was often reserved and sometimes struggled with confidence and direction. After joining the United States Navy, I observed meaningful growth in his maturity, discipline, and sense of purpose. He spoke positively about his service and the opportunities it provided him, and I believe his military experience helped him develop as a person.

I understand the seriousness of the offense before the Court and do not seek to excuse or minimize Bailey's conduct. The circumstances that have brought him before the Court have been very disappointing and painful for our family. At the same time, this conduct is inconsistent with the character I have observed in him throughout his life.

During the many years I have known Bailey, I have never known him to be violent, malicious, or intentionally harmful toward others. I have known him to be respectful of his family, willing to work, receptive to guidance, and capable of learning from his mistakes. I believe he understands the gravity of his actions and the consequences that will follow him for the rest of his life.

I also know that Bailey has a strong family support system that will remain in place throughout his incarceration and after his release. His family is committed to helping him continue counseling and treatment, pursue education and employment opportunities, and successfully reintegrate into society. He will not be facing those challenges alone.

At this stage of my life, I have had the opportunity to observe many people and many different paths. It is my sincere belief that Bailey has the ability to learn from this experience, make better

decisions in the future, and become a productive and responsible member of society. While accountability is necessary, I believe he possesses the character and support necessary for rehabilitation.

Thank you for your time and consideration.

Respectfully,

*James H. Small*

James H. Small, CPA, MBA, CGMA

DATE: 3/28/26

TO: The Honorable Judge

FROM: Lauren McCracken

SUBJECT: Character Letter in Support of Bailey Burnett

Your Honor,

My name is Lauren McCracken and I am writing on behalf of my brother, Bailey Burnett, in support of the Court's consideration at sentencing.

I am currently a stay-at-home mother of two young children, ages four and one. Prior to this, I worked as a dermatology surgical assistant, where I advanced quickly and became a surgical lead overseeing a team. I take pride in my work ethic, my leadership, and my commitment to caring for others, both in my professional life and within my family.

I am fully aware of the offense Bailey has been convicted of, and I do not wish to diminish the seriousness of his actions or the consequences he now faces. As his older sister, I have known Bailey my entire life and have had a close and consistent relationship with him. Growing up, Bailey endured bullying and hardships, yet he remained one of the most kind-hearted and resilient people I know. He has always had a natural warmth about him; someone who brings comfort to others, who is gentle, and who consistently shows kindness without expectation.

Despite the challenges he has faced, Bailey has always maintained a positive and caring spirit. He is deeply family-oriented and has always shown love and patience. Even now, during his time in jail, he continues to demonstrate these qualities. In our conversations, he remains in good spirits and speaks about the positive relationships he is building with others who share his values. He has been reading the Bible regularly, attending and even leading Bible study, and making intentional efforts to reflect, grow, and better himself.

Bailey has the unwavering support of our family, and we remain committed to helping him become a better man moving forward. I truly believe he has the capacity for rehabilitation and the ability to grow from this experience. He is not defined solely by his worst decision, but also by the compassion, kindness, and sincerity that have always been core to who he is.

Thank you for taking the time to consider my perspective.


Respectfully,

Lauren McCracken

May 18, 2026

To the Honorable Judge Gibney,

My name is Shelly Small, and I am Bailey Burnett's mother. I am writing this letter not to excuse my son's actions, but to help the Court understand who he is beyond the offense before the Court and the long path of struggles that, in my opinion as his mother, were never fully understood or properly addressed.

Bailey was a sensitive, caring, intelligent child. As a young boy, he was creative, gentle, empathetic, and deeply emotional. Looking back now, I can pinpoint elementary school as the period where I first began to see a significant change in him. Around that time, he suddenly began struggling emotionally and behaviorally in ways we did not understand. He started wetting the bed, acting out in school, withdrawing socially, and developing an increasingly negative relationship with school itself.

As his difficulties grew, he was diagnosed with ADHD and Oppositional Defiant Disorder and eventually placed on an IEP. To this day, I do not believe my son lacked intelligence or ability. In fact, I believe the opposite. Bailey is very smart. But somewhere along the way, school became associated with shame, punishment, isolation, and failure in his mind, and from that point forward he became increasingly disengaged. He stopped believing in himself long before adulthood.

Years later, after his arrest, Bailey shared memories from elementary school that deeply disturbed me as a mother. He told me he remembered feeling "targeted" for detention while other children participated in activities and field trips. The assistant principal who supervised detention during those years was later convicted in a child exploitation case shortly after Bailey completed elementary school. I cannot say with certainty what impact that environment had on him, but as a mother looking back over the trajectory of his struggles, I cannot ignore the timing or the dramatic changes we began seeing during that exact period of his life.

Middle school and high school only deepened his isolation. Around 2013, we moved to a new area, and Bailey struggled profoundly socially and emotionally after having to start over in a new school environment where he knew nobody. Around that same time, he was also diagnosed with OCD in addition to his prior ADHD and ODD diagnoses. He desperately wanted to fit in and often believed that if he wore the right clothes or looked the right way, other kids might finally accept him. Instead, he retreated further inward. He spent most of his time alone in his room playing video games and isolating himself online. He rarely participated socially, never attended dances or prom, and experienced repeated rejection and loneliness during formative years when most young people were learning confidence, connection, and identity.

As his mother, one of the hardest things for me to admit is that I knew he was struggling deeply, but I did not understand the full extent of what was happening internally. We tried counseling. We tried medication for anxiety and depression. He did not tolerate the medication well and often said he no longer felt like himself. Despite all of our efforts, I now realize there were years of unresolved struggles that we simply did not fully understand at the time.

One thing that has haunted me since his arrest is learning that Bailey tried to tell me he was struggling sometime around late 2022 or early 2023, before deployment. At the time, he could not bring himself to say what he meant. Since being incarcerated, he has confirmed to me that he was trying to ask for help regarding these issues but did not know how to say it out loud. As his mother, that realization is devastating. Had I understood what he was trying to communicate, I would have done absolutely everything in my power to get him treatment and intervention immediately.

None of this excuses what he did. Bailey fully understands that. He carries immense shame, guilt, and remorse for his actions and for the pain he has caused our family. But I believe with all my heart that this offense did not emerge from cruelty, predatory violence, or a lack of humanity. I believe it emerged from years of isolation, immaturity, poor self-worth, compulsive online behavior, emotional dysfunction, and unresolved internal struggles that were left untreated for far too long.

When Bailey joined the Navy at 20 years old, he told me he wanted to "make us proud of him for something." For the first time in years, I saw him gaining confidence, discipline, and direction. He served honorably, deployed to a war zone for nine months, advanced to E-5, and had even been selected for an Aviation Ordnance instructor assignment in Pensacola prior to his arrest. He had purchased his instructor uniform and was making plans for his future. Although he has since admitted to me that he struggled internally even during that time, I believe the Navy represented his genuine effort to become someone better than the insecure and isolated young man he had been before.

Since his incarceration, I have seen a level of honesty, accountability, emotional growth, and spiritual maturity in Bailey that I honestly prayed for over many years. He has accepted responsibility for his actions and understands the seriousness of what he has done. He speaks openly about wanting treatment, counseling, accountability, structure, education, faith, and purpose. He is eager to work, pursue an Associate's degree, obtain certifications, participate in treatment for his compulsive online behavior, and build a stable and productive future when he is eventually released. He talks often about finding a church community, living honestly, working hard, and rebuilding his life through accountability and faith.

As his mother, I know the Court must impose punishment, and I respect that responsibility fully. I also know my son will carry the consequences of these actions for the rest of his life. But I respectfully ask the Court to see him as a human being capable of rehabilitation, growth, and redemption, not simply the worst decision he has ever made. Bailey will continue to have my full and unwavering support throughout his incarceration and upon his release, including continued counseling, treatment, spiritual growth, stable housing with me, employment support, and reintegration into a healthy and accountable life.

Thank you for your time and consideration.

Respectfully,

*Shelly A Small*

Shelly Small

Dear Honorable Judge,                                                    5/12/26

My name is John Fred Burnett, and I am writing to you as the father of Bailey Burnett to respectfully assist the Court in making a fair and appropriate bond determination.

I wish to establish my own background and commitment to the community. I am a Navy Veteran, having served honorably aboard the USS Independence (CV-62) from 1988 to 1992. I was medically retired after sustaining a hand injury that prevented me from performing my duties as a Search and Rescue Swimmer. My service included Operation Desert Shield and Desert Storm, and I was decorated with the following commendations: Navy Unit Commendation, Good Conduct Award, Sea Service Deployment, Southwest Asia Service Medal, National Defense Service Medal, and Armed Forces Expeditionary Medal.

Currently, I serve as the Quality Control Manager for CBG Building Company, a large Multifamily General Contractor operating in nine states. I have been a dedicated employee of this company for 25 years and have earned multiple accolades and professional accreditations during my tenure.

As Bailey's father, I know him exceptionally well. While fully cognizant of the seriousness of this charge, I wish to convey to the Court that Bailey is an exceptional young man who is gentle, empathetic, and genuinely good-hearted. He has consistently demonstrated a giving spirit and is eager to volunteer and help whenever assistance is required. Bailey maintains a positive attitude, and his easygoing nature makes him someone friends and family gravitate towards him. His passions include the weather and playing music, and when engaged in either activity, he carries an infectious smile that warms the heart of his friends and family. Bailey is typically the centerpiece of family gatherings and the first to suggest a group activity or event that everyone can participate in.

I love Bailey dearly and watching him prosper in service of his county has been one of the great joys of my life.

Based on my intimate knowledge of his character and commitment, I am very confident that Bailey will return for any and all court-required appearances.

Sincerely and respectfully,

John Fred Burnett